The People of the State of New York, Respondent, v Thomas Kelly, Appellant.

Submitted November 29, 2004; decided December 16, 2004

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.